IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD BARTLEY, | : | Civil Action No. 4:11-CV-1458 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| SHARON TAYLOR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

And now, therefore, this 11th day of June, 2014, IT IS HEREBY ORDERED THAT:

1.  Defendant's Motion for Summary Judgment is GRANTED.  August 20, 2013, ECF No. 36.

2.  Final judgment is entered in favor of defendant and against plaintiff.

3.  The clerk is directed to close the case file.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge